```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CIVIL DOCKET ENTRIES FOR CASE A95-0222--CV (JWS)
                          "ROBERT F. BURTCH V USA"

          Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/26/95
            Closed: 11/30/95

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                    RELIEF FROM FEDERAL DISABILITIES
            Origin: (1) Original Proceeding
            Demand: RELIEF
       Filing fee: Paid $120.00 on 06/16/95 receipt # 00096409
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | BURTCH, ROBERT F. | Darin B. Goff<br>Law Office of Darin B. Goff<br>4164 Pennock Street #B<br>Homer, AK 90723-5209<br>907-248-1072<br>FAX 907-235-6344<br><br>Earl B. Taylor<br>Bertch & Birch<br>5196 S. Commerce Drive, Ste 100<br>Salt Lake City, UT 84107<br>801-262-5300<br>FAX 801-262-2111 |
| DEF 1.1 | UNITED STATES OF AMERICA, DEPT. OF THE TREASURY | Kenneth S. Roosa<br>U.S. ATTORNEY'S OFFICE<br>222 WEST 7TH AVENUE, #9<br>ANCHORAGE, AK 99513<br>907-271-5071<br>FAX: 907-271-1500 |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A95-0222--CV (JWS)
                         "ROBERT F. BURTCH V USA"

                              For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/26/95
            Closed: 11/30/95

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                    RELIEF FROM FEDERAL DISABILITIES
            Origin: (1) Original Proceeding
            Demand: RELIEF
        Filing fee: Paid $120.00 on 06/16/95 receipt # 00096409
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/16/95 | Complaint filed; Summons issued. |
| 2 - 1 | 06/16/95 | Return of summons served on USA 6-16-95. |
| 3 - 1 | 08/14/95 | DEF 1 motion to dismiss |
| 3 - 2 | 08/14/95 | DEF 1 motion or alternatively SJ |
| 4 - 1 | 09/13/95 | JWS Minute Order VACATED PER ORDER #9 granting motion to dismiss (3-1), motion or alternatively SJ (3-2), action is dsmsd. cc cnsl. |
| 5 - 1 | 09/22/95 | PLF 1 Attorney Appearance - D. Goff |
| 6 - 1 | 09/22/95 | PLF 1 Application re: non-resident attorney E. Taylor for admission pro hac vice |
| 7 - 1 | 09/22/95 | PLF 1 Unopposed Motion for reconsideration of dismissal of action. |
| 8 - 1 | 09/25/95 | DEF 1 motion for clarification & 30 day ext to opp reconsideration if granted. |
| 9 - 1 | 09/26/95 | JWS Order granting motion for clarification & 30 day ext to opp reconsideration if granted (8-1); reactivating motion to dismiss (3-1), motion or alternatively SJ (3-2)<br>JWS Order granting motion for clarification & 30 day ext to opp reconsideration if granted (8-1), unopp mot @ dkt #7 to reconsider order of dsml grted, order of dismissal VACATED, cy cnsl. |
| 10 - 1 | 09/26/95 | JWS Order granting E. Taylor pro hac vice. cy cnsl, E. Taylor |
| 11 - 1 | 09/26/95 | PLF 1 opposition to DEF 1 motion to dismiss (3-1), DEF 1 motion or alternatively SJ (3-2). |
| 12 - 1 | 10/26/95 | DEF 1 reply to opposition to DEF 1 motion to dismiss (3-1), DEF 1 motion or alternatively SJ (3-2) |
| 13 - 1 | 11/30/95 | JWS Order granting motion to dismiss (3-1); terminating in light of this order: motion or alternatively SJ (3-2) cy cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A95-0222--CV (JWS)
                              "ROBERT F. BURTCH V USA"

                                  For all filing dates

Document #    Filed       Docket text
_____    _____       _____

   14 -   1   12/01/95    JWS Judgment that case is dismissed.  cy cnsl, O&J 9704

   15 -   1   01/08/96    Fld PLF 1 Appeal to 9CCA to dkt #13 filed with District Court on
                          11/30/95.  cc: cnsl, Judge Sedwick, 9CCA. 96-35066.

   16 -   1   01/29/96    Fld cy 9CCA Time Schedule Order. 96-35066. cc: ECR.

   17 -   1   01/29/96    Fld cy 9CCA Time Schedule Order. 96-35066. cc; ECR.

   18 -   1   02/01/96    Fld cy 9CCA Certificate of Record. 96-35066. cc: cnsl, Judge Sedwick,
                          original to 9CCA.

   19 -   1   10/27/97    Fld cert cy 9CCA Mandate; USDC AFFIRMED.  cc:  cnsl, Judge Sedwick.
                          96-35066.
```